ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

SEALED

RECEIVED
UNITED STATES MARSHAL
2023 SEP 12 A 8:51
EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

United States of America
v.
Nathan Caleb Schlosser-Goodson

)
)  Case No.  4:23cr54
)
)  FBI ID: 11593842
)
)  FBI
)

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Nathan Caleb Schlosser-Goodson,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 and 841- Conspiracy to Distribute and Possses with Intent to Distribute Marijuana, Cocaine, Fentanyl, Oxycodone and Cocaine Base. Count Two- et al

Date:   09/11/2023

*Issuing officer's signature*

City and state:   Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  9-13-23 , and the person was arrested on *(date)*  9-14-23
at *(city and state)*  Poquoson, Virginia

Date:  9·14·23

FILED IN OPEN COURT
SEP 14 2023
CLERK U.S. DISTRICT COURT
Newport News

*Arresting officer's signature*
Terryann Burns Special Agent
*Printed name and title*